IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VINCENT JEFFERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHIL MORGAN, Warden, and | : | |
| ATTORNEY GENERAL OF THE STATE | : | |
| OF DELAWARE | : | NO. 09-577 |

**MEMORANDUM**

Baylson, J.                                                                                                                July 14, 2010

**I.      Introduction**

Petitioner, Vincent L. Jefferson, filed an amended "Petition For Writ Of Habeas Corpus Pursuant to 28 U.S.C. § 2254" ("Petition") (Doc. No. 7). Petitioner is currently incarcerated in the Howard R. Young Correctional Institution in Wilmington, Delaware.

**II.     Discussion**

In January 2009, the New Castle County grand jury indicted Petitioner on the following charges: maintaining a vehicle for keeping controlled substances; possessing with intent to distribute marijuana; driving an unregistered motor vehicle; driving without proof of insurance; and display of a fictitious registration. Petitioner filed a motion to suppress in March 2009, which the Delaware Superior Court denied in July 2009. (Doc. No. 16)

On July 14, 2009, a Delaware Superior Court jury convicted Petitioner on all charges of the indictment. The Superior Court sentenced Petitioner on November 6, 2009 three and one-half years of imprisonment. Id.

Prior to his sentencing, Petitioner, acting pro se, filed a notice of appeal in the Delaware

Supreme Court. The Delaware Supreme Court dismissed that appeal as interlocutory on November 30, 2009. Petitioner's counsel did not file an appeal after Petitioner was sentenced. Id.

Petitioner filed the Petition presently pending before the Court on October 2, 2009. (Doc. No. 7) Respondents filed an Answer on January 25, 2010, explaining how Petitioner had not yet exhausted state remedies because he had not presented his claims to the Delaware Supreme Court, either on direct appeal or on post-conviction appeal. (Doc. No. 16, at p. 4) Respondents explained the process by which Petitioner could pursue a direct appeal, and also noted that Petitioner could still timely file a motion for post-conviction relief under Delaware Superior Court Criminal Rule 61. Id. Based on Petitioner's failure to exhaust state remedies, Respondents requested that the Court to dismiss the Petition without prejudice to enable Petitioner to exhaust state remedies. (Doc. No. 16, at pp. 4-5)

However, on May 10, 2010, during the pendency of this proceeding, Petitioner's defense counsel filed in the Delaware Supreme Court a brief and motion to withdraw pursuant to Delaware Supreme Court Rule 26(c). See Jefferson v. State, 2010 WL 2490934 (Del. June 21, 2010). The Delaware Supreme Court affirmed Petitioner's convictions and sentences on June 21, 2010. Id. Based on this record, the Court concludes that Petitioner has now exhausted state remedies for the claims asserted in the Petition.

## III.  Conclusion

For the reasons set forth above, the Court will not dismiss the Petition without prejudice for failure to exhaust state remedies. Nevertheless, given the unique procedural history of this case, the Court will exercise prudence and provide Petitioner an opportunity to amend his

Petition before ordering Respondents to file an answer as required by Rule 4, 28 U.S.C. foll. § 2254.

An appropriate Order follows.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VINCENT JEFFERSON | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| PHIL MORGAN, Warden, and | : |
| ATTORNEY GENERAL OF THE STATE | : |
| OF DELAWARE | : NO. 09-577 |

## ORDER

AND NOW, this 14th day of July, 2010, for the reasons set forth above, it is hereby ORDERED as follows:

Petitioner Vincent Jefferson has until August 21, 2010 to file an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. If Petitioner does not file a new amended petition, the Court will proceed with the pending Petition filed on October 2, 2009. See (Doc. No. 7).

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.
Sitting by designation

O:\DE Cases\09-577 Jefferson v. Morgan\Jefferson v. Morgan - Memo Order Amend Pet.wpd